# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00640-CV

**Uvalde County Hospital Authority; Southwood Care Center, LLC; and Genesis Healthcare, Inc., Appellants**

**v.**

**Charles Ruebbling, as Dependent Administrator for the Estate of Gloria Ruebbling, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-006391, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed on Joint Motion

Filed: October 2, 2020